UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 DEC 20  P 2: 17

_____
DEPUTY CLERK

WENDY M. MABILE

VERSUS

PALA INTERSTATE, LLC

CIVIL ACTION

NO. 04-729-C

# J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion for Summary Judgment filed by defendant, Pala Interstate, LLC, is granted and judgment is entered herein in favor of defendant, Pala Interstate, LLC, and against plaintiff, Wendy M. Mabile, dismissing this matter at plaintiff's cost.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, December  20  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA